**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Josue MONROY, a/k/a Feo,**
**Defendant–Appellant.**

**No. 12–8031.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 4, 2013.

Josue Monroy, Appellant Pro Se. George Jarrod Hazel, Arun G. Rao, Assistant United States Attorneys, Greenbelt, Maryland, for Appellee.

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josue Monroy appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Monroy,* No. 8:10–cr–00237–AW–1 (D.Md. Nov. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*